# DECISIONS IN CASES NOT REPORTED.

## First Department, November Term, 1893.

David H. Houghtaling and Others, Respondents, v. Louisville, New Albany & Chicago Railroad Company, Appellant.— Judgment affirmed, with costs, and with leave to withdraw the demurrer and answer on payment of the costs and disbursements of the appeal, and costs in the court below.—

Van Brunt, P. J.: For the reasons stated in the case of *Bryce* v. *The Same Defendant*, decided herewith, the judgment should be affirmed, with costs, and with leave to withdraw the demurrer and answer on payment of the costs and disbursements of the appeal, and costs in the court below. Follett and Parker, JJ., concurred.

Raphael Lewisohn and Others, Respondents, v. William A. Cleverger, Appellant.— Judgment affirmed, with costs.—

Follett, J.: This action was brought to recover damages for the conversion of thirty-four diamonds and one diamond stud, of the aggregate weight of about thirty-four carats. There was no dispute about the number or weight of the diamonds, and but two questions of fact were litigated on the trial: (1) Did the defendant purchase the diamonds in good faith? (2) What was their value? The jury found that the defendant purchased in bad faith and that the value of the diamonds was $1,700, which is at the rate of fifty dollars per carat. The evidence is abundant to sustain the verdict that the defendant purchased in bad faith, is liable in trover for the value of the goods, and that they were worth the sum found by the jury. The plaintiffs purchased these and other diamonds on the 8th or 9th of January, 1891, and they were permitted to show the price per carat for which they sold some of the diamonds so purchased. It is urged that this was error. Undoubtedly the price at which the other diamonds were sold was not a relevant fact upon the question of the value of the diamonds converted. This evidence did not go to the right, but to the amount, of recovery, and the evidence being ample to sustain the finding that the goods were of the value assessed by the jury, it is apparent, we think, that the error did not prejudice the defendant. The judgment should be affirmed, with costs. Van Brunt, P. J., and Parker, J., concurred.

Daniel E. Donovan, Respondent, v. Margaret Clark, Appellant.— Order affirmed, with ten dollars costs and disbursements.—

Per Curiam: This action was brought to recover against the defendant as a surety upon an undertaking, and an attachment was granted therein upon the ground that the defendant, a resident of the State, had kept herself concealed therein with intent to evade the service of the summons. In the disposition of this appeal, it is not necessary to recite the facts established by the evidence. Suffice it to say that they necessarily lead to the conclusion that the defendant was keeping herself concealed with intent to evade the service of the summons in this action, and it is seldom that such conclusion is so satisfactorily established in cases of this character. The order appealed from should be affirmed, with ten dollars costs and disbursements. Present—Van Brunt, P. J., Follett and Parker, JJ.

Anthony Van Bergen v. Ludwig Lehmaier and Others.— We think that restitution should be made or a bond given.

Simon Wormser and Others, Appellants, v. John Nicholas Brown and Others, Respondents.— Motion denied, with ten dollars costs.

Benjamin H. Howell, Appellant, v. William W. Tompkins, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Louis Swartz, Respondent, v. Samuel Jerkowski, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Martin Keery, Respondent, v. Charles L. Dimon, Appellant.— Order modified and affirmed as modified, without costs.

Mark Lythgoe, Respondent, v. Jane Smith, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

Edwin P. Merritt, Respondent, v. George W. Stickle, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Matter of Manhattan Railway Company, Respondent, v. Henry N. Tabor and Others, Appellants.— Order reversed, with ten dollars costs and disbursements.

Charles H. Jenkins, Respondent, v. Henry Rogers, Appellant.—Judgment affirmed, with costs. No opinion.

Hannah Kennedy, as Administratrix, etc., Respondent, v. The Manhattan Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Rosine Bechler, Respondent, v. Commercial Advertiser, Appellant.— Order affirmed, with costs.

## Fourth Department, November Term, 1893.

The People of the State of New York ex rel. The American Road Machine Company v. The Town Board of Auditors of the Town of Floyd, Oneida County, N. Y.— The action of the town board confirmed, with fifty dollars costs and disbursements. Mem. by Hardin, P. J.

George G. French, Respondent, v. Susan Row and Another, Appellants.— Ordered that the appeal of the defendants be dismissed, with costs of the appeal, unless the defendants shall, within twenty days from the service of this order, serve a proposed case and pay the plaintiff ten dollars costs.

Alexander Richert, Respondent, v. John Backenstross, Appellant.— Decision as stated in memorandum of Hardin, P. J., filed with the clerk.—

Motion to vacate judgment herein, and amend the decision " to conform to the opinion and permitting a reargument " or permitting an appeal to the Court of Appeals.

Hardin, P. J.: From the opinion handed down upon the decision, etc., of the appeal, it